No. 683, Misc.   BRETT ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1116, Misc.   CRADLE *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   Sup. Ct. App. Va.   Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Albert Teich, Jr.,* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for respondent.

No. 1367, Misc.   LARA *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *George A. Blackstone* for petitioner.   *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 1186, Misc.   GREEN *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *Lawrence A. Aschenbrenner* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *Guy N. Rogers,* Assistant Attorney General, for respondent.

No. 1674, Misc.   BIGGS *v.* UNITED STATES.   Ct. Cl. Certiorari and other relief denied.   *Solicitor General Griswold* for the United States.